No. 78–1773. BECKFORD ET AL. *v.* DADE COUNTY SCHOOL BOARD. C. A. 5th Cir. Certiorari denied.

No. 78–1774. ADAMS ET AL. *v.* UNITED STATES ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 78–1775. SCHAFER ET AL. *v.* PENN CENTRAL CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–1776. KEY *v.* PENN CENTRAL CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–1777. BREWERY DRIVERS & HELPERS LOCAL No. 133 *v.* GREY EAGLE DISTRIBUTORS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 78–1778. MOORE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–1781. IN RE LEFKOWITZ. C. A. 2d Cir. Certiorari denied.

No. 78–1782. BOWLING *v.* MATHEWS ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–1783. SIMONS ET UX. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–1784. MANSION HOUSE CENTER NORTH REDEVELOPMENT CO. ET AL. *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 78–1785. GROGAN ET AL. *v.* KENTUCKY ET AL. Sup. Ct. Ky. Certiorari denied.

No. 78–1787. BARBER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.